# UNITED STATES DISTRICT COURT

for the
Eastern District of California

FILED
SEP 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of ) <br> *(Briefly describe the property to be searched* ) <br> *or identify the person by name and address)* ) <br> ) <br> iPhone, black and blue in color: booked under CalDOJ ) <br> #114-003 ) <br> ) | Case No. <br><br> 1: 1 6 SW 0 0 0 2 4 0 SAB |

## Amended SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    California   
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, paragraph (4) attached hereto and incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                                             *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
<u>duty magistrate</u>                         .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐for        days *(not to exceed 30)*.
                                               ☐until, the facts justifying, the later specific date of              .

Date and time issued:   8/26/16   3:35 pm                          _____
                                                                                                      *Judge's signature*

City and state:   <u>Fresno, California</u>                           <u>Gary S. Austin, U.S. Magistrate Judge</u>
                                                                                              *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 8/30/2016 11:00 am | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: No evidence recovered | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/14/16

*Executing officer's signature*

Thomas Volk, Special Agent FBI
*Printed name and title*

9/14/16   E. P. [signature]

## ATTACHMENT A

## ITEMS TO BE SEARCHED

**2) iPhone, gold and white in color:** booked under CalDOJ #114-001, located at 3815 N. Palm Ave., Ste. 320, Fresno, California

**3) iPhone, silver and white in color:** booked under CalDOJ #114-002, located at 3815 N. Palm Ave., Ste. 320, Fresno, California

**4) iPhone, black and blue in color:** booked under CalDOJ #114-003, located at 3815 N. Palm Ave., Ste. 320, Fresno, California

**5) iPhone, black and silver in color:** booked under CalDOJ#114-004, located at 3815 N. Palm Ave., Ste. 320, Fresno, California

## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE FOUND

Electronically stored information (data) associated with activity/usage by street gang members involving racketeering, assault, firearms, drugs and prostitution related offenses including:

a. Stored contact information, including names and phone numbers in electronic "address books;"

b. Stored text information, associated with the sending, receiving, and storing text messages, to include the content of the messages;

c. Stored information associated with e-mail accounts that have been connected to the cellular telephone including header (to/from) information, date and time stamps of emails, and content of email messages stored on the device;

d. Still photographs and moving video stored on the cellular telephone;

e. Stored audio files, including voicemail messages stored on the cellular device;

f. Calendars and appointment books storing dates, appointments, and other information on personal calendars;

g. Internet and web browser history stored on the cellular device that involved with accessing and downloading information from the Internet using the device;

h. Stored global positioning system ("GPS") data for determining the prior location in which the cellular telephone has been used and/or including information downloaded or otherwise stored within applications on the device which have been used in the capacity as a true GPS device wherein a user of the cellular

telephone accessed a 'map' function on the device to determine the location and or transportation route to from one location to another.

## SEARCH METHODOLOGY

## TO BE EMPLOYED REGARDING ELECTRONIC DATA

The search procedure of electronic data contained in computer hardware, computer software, and/or memory storage devices may include the following techniques (the following is a non-exclusive list, as other search procedures may be used):

a. on-site triage of computer systems to determine what, if any, peripheral devices or digital storage units have been connected to such computer systems, a preliminary scan of image files contained on such systems and digital storage devices to help identify any other relevant evidence or potential victims, and a scan for encryption software;

b. on-site forensic imaging of any computers that may be partially or fully encrypted, in order to preserve unencrypted electronic data that may, if not immediately imaged on-scene, become encrypted and accordingly unavailable for examination; such imaging may require several hours to complete and require law enforcement agents to secure the search scene until that imaging can be completed;

c. examination of all of the data contained in such computer hardware, computer software, or memory storage devices to determine whether that data falls within the items to be seized as set forth herein;

d. searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein (any data that is encrypted and unreadable will not be returned unless law enforcement personnel have determined that the data is not (1) an instrumentality of the offenses, (2) a fruit of the criminal activity, (3) contraband, (4) otherwise unlawfully possessed, or (5) evidence of the offenses specified above);

e.  surveying various file directories and the individual files they contain;

f.  opening files in order to determine their contents;

g.  scanning storage areas;

h.  performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are likely to appear in the evidence described in **Attachment B**; and

i.  performing any other data analysis technique that may be necessary to locate and retrieve the evidence described in **Attachment B**.